### Commonwealth ex rel. Rosen *v.* Rosen, Appellant.

Argued December 8, 1969. *Sidney M. DeAngelis,* with him *Bean, DeAngelis, Tredinnick & Giangiulio,* for appellant; *Jack A. Rounick,* with him *Moss, Rounick & Hurowitz,* for appellee.

Order affirmed.

### Commonwealth ex rel. Sobel, Appellant, *v.* Sobel.

Argued December 10, 1969. *Harold Greenberg,* with him *Reuben E. Cohen,* and *Cohen, Shapiro, Berger, Polisher and Cohen,* for appellant; *Samuel Kravitz,* with him *Ronald I. Kravitz,* and *Kravitz and Kravitz,* for appellee.

Order affirmed.

### Commonwealth, to use of Cameron, Appellant, *v.* Cameron.

Argued December 8, 1969. *Robert H. Malis,* with him *Malis & Feldman,* for appellant; *Donald J. Swanick,* for appellee.

Order affirmed.

HOFFMAN, J., dissents.